---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an amended filing

---

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Trudy's Texas Star, Inc.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | dba Trudy's South Star; dba Trudy's North Star; dba Trudy's Texas Star; fdba Trudy's Four Star; dba South Congress Café-Austin |
| 3. | Debtor's federal Employer Identification Number (EIN) | 7 4 – 2 2 3 4 0 5 0 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8133 Mesa Drive**<br>Number   Street | _____<br>Number   Street |
| **Suite 206** | _____<br>P.O. Box |
| **Austin**      **TX**   **78759-8855**<br>City       State   ZIP Code | _____<br>City       State   ZIP Code |
| **Travis**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number   Street |
| | _____<br>City       State   ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Trudy's Texas Star, Inc.**  Case number (if known) _____

| | |
|---|---|
| 7. **Describe debtor's business** | *A.  Check one:* |

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

*B.  Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

    ____ ____ ____ ____

| | |
|---|---|
| 8. **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

    ☐ Chapter 7
    ☐ Chapter 9
    ☑ Chapter 11.  *Check all that apply:*

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

        ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

| | |
|---|---|
| 9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |

If more than 2 cases, attach a separate list.

    ☐ Yes.  District _____  When _____  Case number _____
                                                MM / DD / YYYY
            District _____  When _____  Case number _____
                                                MM / DD / YYYY
            District _____  When _____  Case number _____
                                                MM / DD / YYYY

Debtor  **Trudy's Texas Star, Inc.**                          Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.  Debtor _____  Relationship _____

District _____  When _____
                                                                         MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
                                                                         MM / DD / YYYY

Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number      Street

_____

_____
City                          State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## ▊ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor **Trudy's Texas Star, Inc.**          Case number (if known) _____

| 14. | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☑ 200-999 | | |

| 15. | **Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/22/2020**
MM / DD / YYYY

**X** **/s/ Stephen Truesdell**         **Stephen Truesdell**
Signature of authorized representative of debtor     Printed name

Title **Authorized Representative**

| 18. | **Signature of attorney** | **X** **/s/ Stephen W. Sather**      Date **01/22/2020** |
|---|---|---|
| | | Signature of attorney for debtor     MM / DD / YYYY |

**Stephen W. Sather**
Printed name

**Barron & Newburger, PC**
Firm name

**7320  N. Mopac Expy.**
Number      Street

**Ste. 400**

**Austin**         **TX**      **78731**
City         State     ZIP Code

**(512) 476-9103**         **ssather@bn-lawyers.com**
Contact phone         Email address

**17657520**         **TX**
Bar number         State

**Fill in this information to identify the case:**

Debtor name    **Trudy's Texas Star, Inc.**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Capital Certified Development 1250 S. Capital of TX Hwy #1-600 Austin, TX 78746 | | UCC Lien | | $1,703,154.60 | $0.00 | $1,703,154.60 |
| 2 | Sysco c/o S. Mark Murray Ford Murray PLLC 10001 Reunion Place, Ste. 64C San Antonio, TX 78210 | | Vendor | | | | $1,039,627.00 |
| 3 | Internal Revenue Service Special Procedures Staff P.O. Box 7346 Philadelphia, PA 19101-7346 | | Taxes | | | | $895,490.02 |
| 4 | Jiffy Capital, LLC 2376 60th Street Brooklyn, NY 11204 | | UCC Lien | | $560,194.00 | $0.00 | $560,194.00 |
| 5 | Capital Certified Development 1250 S. Capital of TX Hwy #1-600 Austin, TX 78746 | | UCC Lien | | $516,819.00 | $0.00 | $516,819.00 |

| Debtor | **Trudy's Texas Star, Inc.** | Case number (if known) |
|--------|------------------------------|------------------------|
|        | Name                         |                        |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | | 941 Taxes | | | | $493,886.02 |
| 7   American Express Merchant Loan 4315 South 2700 West Salt Lake City, UT 84184 | | UCC Lien | | $293,249.20 | $0.00 | $293,249.20 |
| 8   On Deck Capital 1400 Broadway New York, NY  10018 | | MCA | | $276,750.24 | $0.00 | $276,750.24 |
| 9   American Express Bank, FSB PO Box 650448 Dallas, TX 75265 | | Loan | | | | $125,574.15 |
| 10   Travis County % Travis Co. Atty's Office P.O. Box 1748 Austin, Texas 78767 | | Tax Lien | | $62,708.86 | $0.00 | $62,708.86 |
| 11   J Luna Produce 2576 Airline Dr # A Houston, TX 77009 | | Food | | | | $60,779.00 |
| 12   Texas Comptroller of Public Accounts Office of the Attorney General Collection Division - Bankruptcy | | Taxes | | | | $58,562.41 |
| 13   Blue Cross Blue Shield PO Box 660049 Dallas, Texas 75266-0049 | | Professional | | | | $57,682.46 |

| Debtor | **Trudy's Texas Star, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Fiesta Tortilla, Inc P.O. Box 17563 Austin, TX 78760 | | Food | | | | $50,396.95 |
| 15 | City of Austin Utilities P.O. Box 2267 Austin, TX 78783-2267 | | Utilities | | | | $36,073.64 |
| 16 | Chase Air, LLC 10433 Doc Holliday Trl Austin, TX 78753 | | Equipment | | | | $35,000.00 |
| 17 | Travis County % Travis Co. Atty's Office P.O. Box 1748 Austin, Texas 78767 | | Property Taxes | | $34,763.75 | $0.00 | $34,763.75 |
| 18 | MWM FUND VII, LTD C/O DURHMAN & BASSETT REALTY GROUP, INC 100 EAST ANDERSON LANE, STE 200 | | Rent | | | | $33,107.29 |
| 19 | Hays County Tax Assessor - Collection 102 North LBJ Drive San Marcos, TX 78666 | | Personal Property Taxes | | $31,773.41 | $0.00 | $31,773.41 |
| 20 | Twin Liquors 519 E. 7th Street Austin, Texas 78701 | | Alcohol | | | | $28,652.03 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **Trudy's Texas Star, Inc.**                                      CASE NO

                                                                          CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  1/22/2020                                   Signature   /s/ Stephen Truesdell
                                                              *Stephen Truesdell*
                                                              *Authorized Representative*


Date                                              Signature

Aaron Hautala


Aaron Robinson


ABC Home and Commercial Services
9475 East Hwy 290
Austin, Texas 78724-2303


ACCARDIS SYSTEMS, INC.
20061 DOOLITTLE STREET
GAITHERSBURG, MD 20879


ACE MART Restaurant & Supply
P.O. Box 974297
Dallas, TX 75397-4297


Adam Piedra


Adela Recedez


Adrian McKee


Adrian Trevizio

Agustin Lopez

Albert Galvan

Alec Lozada

Alejandra Santiago

Alejandro Reina

Alexa Mouser

Alexandra Mayfield

Alicia Amador

Alicia Gonzalez

Allen Devino


AlphaGraphics, Inc.
2227 WEST BRAKER LN
Austin, TX  78758


Alsco Linens
449 Vista Ridge Drive
Kyle, TX  78640


Amanda Granados


Amelia Risinger


American Express Bank, FSB
PO Box 650448
Dallas, TX 75265


American Express Merchant Loan
4315 South 2700 West
Salt Lake City, UT 84184


Amy's Ice Creams, Inc.
1101 W Anderson Lane
Austin, TX  78757


Ana Barrios

Andres Aviles

Andrew Christensen

Andrew Dalton

Anna Bloomhuff

Anna Oberrender

Anthony Hiler

Antonellis
4220 DUVAL ST
AUSTIN, TX 78751

Antonia Vega

Antonia Vences

Antonio Avila

Ariadna Jaimes

Ariana Barr

Armando Solorzano

ASCAP
Attn: Debra
21678 Network Place
Chicago, IL 60673-1216

Ashley Calderon

AT&T
c/o OSI Collections
P. O. Box 957
Brookfield, WI  53008

Aubrey Garcia

Austin Scoops
9600 Escarpment Blvd Suite 900
Austin, TX 78749

Austin Seafood
2101 Airport Blvd., #200
Austin, TX 78722


Aylin Pompa



Bee Cave Utilities
11805 BEE CAVE ROAD
SUITE 200
BEE CAVE, TX 78738


Benjamin Bateman



Bernardo Hernandez



Best Versions Media



Blue Cross Blue Shield
PO Box 660049
Dallas, Texas 75266-0049


Braden Farruggia



Brandi Moore

Brandon Anderson

Brandon Jones

Brandon Ruper

Brendon Emma

Brian Wallace

Brian Whitaker

Briana Flores

Brianna Glass

Cain Garcia

Caitlin Kazen

Candie Spears

Capital Certified Development
1250 S. Capital of TX Hwy #1-600
Austin, TX 78746

Carlos Gama

Carmen Contreras

Carmen Martinez

Casey Allen

Celia Lopez

Chace Misner

Chad Tolentino

Chad Williams

Chase Air, LLC
10433 Doc Holliday Trl
Austin, TX  78753

Chelsea Denton

Chelsea Vasquez

Christian Romero

Christopher Kory Mozingo

Christopher Smith

City of Austin Utilities
P.O.  Box 2267
Austin, TX  78783-2267

Clarke Oppliger


Clifford Williams


Coca-Cola Enterprises
P.O. Box 840232
Dallas, TX 75284


Commercial Kitchen
2207 W. Braker Ln.
Austin, TX 78758


Corridor Landscaping, LLC
110 ALGARITA
SAN MARCOS, TX 78666


COTHRONS SAFE AND LOCK, INC.
8120 EXCHANGE DR
STE 100
AUSTIN, TX 78754


Cozzini Brothers


Crispin Tale Tzoc


Cruz Rodriguez

Crystal Cleek


CT Services
1804 Seawillow Rd.
Lockhart, TX  78644


Cynthia Haddock


Cynthia Ross


Dahill
PO BOX 205354
DALLAS, TX 75320-5354


Dakoda Flores


Dalton Ramsey


Daniel Gutierrez


Daniel Rodriguez

Danielle Hooks

Darvin Davila

Daryl Childress

David Hennebach

David Holobowicz

David Rangel

David Winkler

Deaven Nguyen

Deborah McAdoo
dba: D.SWEETPEA'S CUSTOM FLORAL DESIGN
8811 UNITED KINGDOM DR
AUSTIN, TX 78748

Denis Parish

Devon Perkins

Diana Espinoza

Dominiqua Mamoe

Donald McJury

DYEZZ SURVEILLANCE AND SECURITY, INC.
2113 WELLS BRANCH PARKWAY
STE 6700
AUSTIN, TX 78728

Ecolab Institutional
P.O. Box 70343
CHICAGO, IL 60673-0343

EDON

Eduardo Solis

```
Edward Don & Company
3501 Plano Parkway
The Colony, Texas  75056-5245
```

Edwin Saquic

Efrain Guzman Perez

```
ELIGIBILITY TRACKING CALCULATORS, LLC
14607 SAN PEDRO AVE
SUITE 155
SAN ANTONIO, TX 78232
```

Elijah Tidmore

Eliodoro Arroyo

Elise Trimino

Eloy Samilpa

Elyssa Luttrell

Emily Parker

Ereida Morales

Eric Daza

Erin Serrano

Esvin Guzman Juarez

Eulalio Resendez

Facilities Solution Group

Farm House Delivery
10511 WETMORE ROAD
SAN ANTONIO, TX 78216

Feliciano Hernandez

Felix Gramajo

Fernando Gatica

Fidel Jacobs

Fiesta Tortilla, Inc
P.O. Box 17563
Austin, TX 78760

Francisco Galvan

Francisco Luna

Francisco Maldonado

Franscisco Sapon

Garson Macario

Gary Hornbeek


Gary Truesdell
8133 Mesa Dr., Ste. 206
Austin, TX 78759


Genoveva Pacheco


Gerardo Medina


Gerardo Mendez


Gloria Flores


Grande Communications
PO BOX 660401
DALLAS  TX  75266-0401


Green Oasis
155 REMOUNT
SAN ANTONIO, TX 78218


Gregory Hernandez

Gustavo Pineda


Hamlet Raetz


Hannah Palmer


Hays County Tax Assessor - Collection
102 North LBJ Drive
San Marcos, TX 78666


Healthiest You
C/O TELADOC, INC.
14005 LIVE OAK AVE
IRWINDALE, CA 91706-1300


Heartland Waffles
P.O. BOX 219081
DEPT. 5087
KANSAS CITY, MO 64121


Heather Figg


Helen MacDonald


Hermilinda Arreola

Hudson Meat
1800 S Congress Ave
Austin, TX 78704


Internal Revenue Service
Special Procedures Staff
P.O. Box 7346
Philadelphia, PA  19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Irma Padilla



Isabel Verduzco Salgado



J Luna Produce
2576 Airline Dr # A
Houston, TX 77009


Jackson Foltz



Jason Bailey



Jay Newton



Jaya Torres

Jayne Halford

Jeffrey Jersig

Jenna Lawrence

Jeremiah Feenstra

Jeremy Buttelo

Jeremy Rodriguez

Jessica Martinez

Jesus Baustista

Jiffy Capital, LLC
2376 60th Street
Brooklyn, NY  11204


Johnson Controls
DEPT  CH 10320
PALATINE, IL 60055-0320


Jonathan Pena


Jordan Cater


Jorge Salazar


Jose Garcia


Jose Luis Martinez


Jose Nepomuceno


Jose Sanchez

Jose Sic

Joseph Casteneda

Joshua Sheffield

Josie Castle

JP Morgan Chase Bank, NA
KY1-2514
PO Box 33035
Louisville, KY 40232

Juan Esquivel

Juan Rivera

Julia Clouston

Julio Villarreal

Justin Bailey


K. Mark Vincent
601 Elm Street, Ste. 4100
Dallas, TX 75201


Kara Babola


Kara Parr


Karen Brown


Katelyn Odom


Kathryn Adams


Kayleigh Jennings


Kelsey Smitherman

Kevin Marshall

Kierstin Maurer

Kimberly Pina

Kristopher Peterson

Krysten Barfield

Kyla Welmaker

L East Poultry
2615 E 6th St
Austin, TX 78702

Laura Lopez

Laura Schweid

Laura Shelton

Lauren Sears

Lauren Wolf

Leah Heilmann

Leonardo Rodriguez

Leticia Bernal

Liandro Ismalej

Lone Star Meats
5202 E Ben White Blvd
Austin, TX 78741

Longhorn Fire & Safety
MATTHEW COUNTS
dba: LONGHORN FIRE & SAFE
4212  S. 1ST STREET
AUSTIN, TX 78745

Luis Tale Tzoc

Mackenzie Jones

Mae Guillen-Hernandez

Mae-Gabrielle Siapno

Malachy Diamond

Maria Alvarado

Maria Carbarjal

Maria Chavez

Maria Esquivel

Maricruz Zuniga

Mariely Ponce

Marley Bell

Marta Escobar

Martha Chavez

Martin Garcia

Matthew Valadez

Mauricio Escobar Perez

Mercedes Treto

Mia Villarreal

Michael Corbett

Michael Rubino

Michaela Helmuth

Michelle Doss

Michelle McHugh

Miguel Garcia

Mirna De La O Recinos

Modesto Munoz

Mohammad El Haj

MWM FUND VII, LTD
C/O DURHMAN & BASSETT REALTY GROUP, INC
100 EAST ANDERSON LANE, STE 200
AUSTIN, TX 78752

Myca Bowen-Taylor

Nadia Angel

Nancy Bebko

Nathalie Granjeno

Nathan Coffey

Nathan Teets

Nathaniel Ornelas

NCR Corporation
3925 Brookside Parkway
Alpharetta, GA  30022


New World Bakery
310 Edwards Dr.
Kyle, TX 78640


Nicholas Sonnier



Omar Salazar



On Deck Capital
1400 Broadway
New York, NY  10018


Pablo Reyes



Patrick Gadsden



Paul Bencomo



Paul Duce

Pedernales Electric Coop
P.O. Box 1
Johnson City, TX  78636


Pedro Aguirre



Pedro Jaimes Sanchez



Peyton Boone



Proforma
P.O. BOX 640814
CINCINNATI, OH 45264-0814


PYE BARKER FIRE & SAFETY
128 W ZIPP RD
NEW BRAUNFELS, TX 78130


Quill
PO Box 94081
Palatine, IL 60094


Rachel Hinojosa



Ramon Betancourt

Raul Mendoza

Raymond Reynero

REGAL ENTERTAINMENT GROUP
101 E BLOUNT AVENUE
KNOXVILLE, TN 37920

Resi Aikman

Reynaldo Castillo

Richard Toolate

Robert Rogers

Robert Viehman

Robert Yoder

Royal Events
1050 Meadows Dr.
Round Rock, TX 78681


Ruben Becerill



Samantha Mariotti



Sandra Gomez



Sara Ortiz
9800 Centre Pkwy., Ste. 800
Houston, TX 77036


Sarah Vaughn



Savannah Branham



Savannah Knight



SBA
801 Tom Martin Dr.
Suite 120
Birmingham, AL 35211

SBA
801 Tom Martin Dr.
Birmingham, AL 35211


SEAFOOD SUPPLY COMPANY
1500 E. GRIFFIN STREET
DALLAS, TX 75215


SEGOVIA PRODUCE CO., INC
4618 E. 7TH ST.
AUSTIN, TX 78702


Sergey Brister


Sergio Aguirre


SESAC
PO BOX 331069
NASHVILLE, TN 37203-9920


Shane Shautteet


South Texas Business Fund
PO Box 830505
San Antonio, TX  78283


Southern Style Spices
PO BOX 20
MANOR, TX 78653

Spectrum Business
PO Box 60074
City of Industry, CA  91716


Spectrum VOiP
PO BOX 251128
PLANO, TX 75025


Stephanie Escobar



Stephanie Morales




Stephen Truesdell
217 Shadywood Lane
Dripping Springs, TX 78620


Sysco
c/o S. Mark Murray
Ford Murray PLLC
10001Reunion Place, Ste. 64C
San Antonio, TX 78210

Talia Boyd



Tanner Kaaz



Tara Savanoy

Taylor Stilwell


Texas Coffee Traders
1400 E. 4th St.
Austin, TX  78702


Texas Comptroller of Public Accounts
Office of the Attorney General
Collection Division - Bankruptcy
PO Box 12548
Austin, TX 78711-2548

Texas Gas Service
P.O. Box 219913
Kansas City, MO  64121-9913


Texas Protax Austin, Inc.
8322 Cross Park Dr.
Austin, TX  78754


Texas Wired Music, Inc.
dba Muzak of Austin
P.O. Box 117
San Antonio, TX 78291


Thomas Rivera



Thomas Timken



Tiffany Passell

Tifhany McCalister


Tracie Dawson


Travis County
% Travis Co. Atty's Office
P.O. Box 1748
Austin, Texas 78767


Travis Larson


TRIPLESEAT SOFTWARE
3 WINDSOR AVE
ACTON, MA 01720


Twin Liquors
519 E. 7th Street
Austin, Texas 78701


Tyler Dias


Tyler Matos


Vanessa Gomez

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Vianey Reyes

Victor Pena

Victoria Garcia

Victoria Medina

Vincent Flores

Viviana Tores

Walter Silver

Waste Management of Texas, Inc.
P.O. Box 660345
Dallas, TX 75266-0345

Wells Fargo
PO Box 2019
Austin, TX 78768-2019


Wells Fargo Bank
Texas Business Banking
MAC T5601-012
PO Box 659700
San Antonio, TX 78286

Wells Fargo National Assc.
4406 Piedras Drive West, Ste. 100
San Antonio, TX 78228


Wendy Varela



West Travis County Public Utility Agenc
13215 Bee Cave Pkwy.
Bee Cave, TX 78738


William Boone



William Gomez



William Gutierrez



Yaneth Menchu

Yaritza Torres

Yessenia Solorzano

Yessica Martinez

Yolanda Chamorro

Yuliana Verduzco

Yumi Suzuki

Zaneta Whitten

Zulma Matul