| | | |
|---|---|---|
| Sysco<br>c/o S. Mark Murray<br>10001 Reunion Place, Ste 64C<br>San Antonio, TX 78210 | Internal Revenue Service<br>Special Procedures Staff<br>PO Box 7346<br>Philadelphia PA 19101-7346 | ` Jiffy Capital, LLC<br>2376 60th Street<br>Brooklyn, NY 11204 |
| IRS<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | American Express Merchant Services<br>Southeast Legal Holds<br>PO Box 53825<br>Phoenix, AZ 85072 | American Express Merchant Loan<br>4315 South 2700 West<br>Salt Lake City, UT 84184 |
| Nofalia, Inc.<br>8133 Mesa Drive<br>Austin, TX 78759 | American Express Bank, FSB<br>PO Box 650448<br>Dallas, TX 75265 | Travis County<br>c/o Travis County Atty's Office<br>PO Box 1748<br>Austin, TX 78767 |
| J Luna Produce<br>2576 Airline Dr., Ste #A<br>Austin, TX 77009 | Tx Comptroller of Public Accnts<br>Office of the Attorney General<br>Collection Division-Bankruptcy<br>Austin, Tx 78711 | Blue Cross Blue Shield<br>PO Box 660049<br>Dallas, TX 75266-0049 |
| Fiesta Tortilla, Inc.<br>PO Box 17563<br>Austin, TX 78760 | City of Austin Utilities<br>PO Box 2267<br>Austin, TX 78783-2267 | Chase Air, LLC<br>10433 Doc Holiday Trl<br>Austin, TX 78753 |
| Hays County Tax Office<br>Luanne Caraway<br>Tax Assessor/Collector<br>712 S Stagecoach Trl<br>San Marcos TX 78666-6073 | MWM Fund VII, Ltd.<br>c/o Durham & Bassett Realty Group<br>100 East Anderson Lane<br>Suite 200<br>Austin, TX 78758 | Hays County Tax Assessor Collection<br>102 N. LBJ Drive<br>San Marcos, TX 78666 |
| Capital Certified Development<br>1250 S Capital of TX Hwy, #1-600<br>Austin, TX 78746 | SBA<br>801 Tom Martin Drive, Ste 120<br>Birmingham, AL 35251 | Edward Don & Company<br>3501 Plano Parkway<br>The Colony TX 75056-5245 |
| JPMorgan Chase Bank, NA<br>KY1-2514<br>PO Box 33035<br>Louisville KY 40232 | NCR Corp<br>3825 Brookside Parkway<br>Alpharetta, GA 30022 | OnDeck Capital<br>1400 Broadway<br>New York, NY 10018 |
| South Texas Business Fund<br>PO Box 830505<br>San Antonio, TX 78283 | Wells Fargo<br>PO Box 2019<br>Austin, TX 78768-2019 | Texas Business Banking<br>MAC T5601-012<br>PO Box 659700<br>San Antonio, TX 78286-0700 |
| Wells Fargo, NA<br>4406 Piedras Drive West, Ste 100<br>San Antonio, TX 78229 | K. Mark Vincent<br>601 Elm Street, Ste 4100<br>Dallas, TX 75201 | Sara Ortiz<br>9800 Centre Pkwy., Ste. 800<br>Houston, TX 77036 |

| | | |
|---|---|---|
| SBA<br>801 Tom Martin Dr.<br>Birmingham, AL  35211 | Wells Fargo<br>Texas Business Banking<br>MAC T5601-012<br>PO Box 659700<br>San Antonio, TX 78286 | Wells Fargo National Assc.<br>4406 Piedras Drive West, Ste. 100<br>San Antonio, TX 78228 |
| United States Trustee<br>903 San Jacinto Blvd., Room 230<br>Austin, TX 78701 | US Bankruptcy Court<br>903 San Jacinto Blvd., Room 322<br>Austin, TX  78701 | Richard G. Dafoe for JPMorgan<br>VINCENT SERAFINO GEARY<br>WADDELL JENEVEIN, PC<br>1601 El Str., Ste 4100<br>Dallas, TX  75201 |
| Trudy's Texas Star, Inc.<br>8133 Mesa Dr., Ste 206<br>Austin, TX  78759-8855 | Christopher R. Murphy<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>MC 008<br>P.O. Box 12548<br>Austin, Texas 78711-2548 | |