**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 25, 2020.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **In Re:** | § | |
| | § | **Case No. 20-10108-hcm** |
| **TRUDY'S TEXAS STAR, INC.** | § | **Chapter 11** |
| **d/b/a Trudy's South Star** | § | |
| **d/b/a Trudy's North Star** | § | |
| **d/b/a Trudy's Texas Star** | § | |
| **f/d/b/a Trudy's Four Star** | § | |
| **d/b/a South Congress Café-Austin** | § | |
| | § | |
| **Debtor** | § | |

## ORDER GRANTING DEBTOR'S EX PARTE MOTION TO PROVIDE ALTERNATIVE NOTICE TO EMPLOYEES

The Court has reviewed the Debtor's Ex Parte Motion to Provide Alternative Notice to Employees. The Court finds that the Motion should be GRANTED as set forth herein. It is, therefore,

ORDERED that the Debtor shall provide its employees with the Official Form 309F Notice of Chapter 11 Bankruptcy Case, by hand delivering such notice to the employee at the restaurant where they work. Debtor shall obtain an acknowledgement from each employee who has received the notice and file a list of employees so notified on or before February 25, 2020. In the event that any employees do not receive notice in this matter, the Debtor shall mail notifications to such employees and file a certificate of service with the Court.

###

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX  78731

PROPOSED ATTORNEY FOR DEBTOR